Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICHARD J. FULTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIVINGSTON FINANCIAL, LLC, and NELSON & KENNARD,<br><br>    Defendants. | No. 15-cv-00574-JLR<br><br>DEFENDANTS' REQUEST FOR COURT GUIDANCE |

Defendants request guidance from the Court in order to take the action that the Court believes is the best under the circumstances.

On July 25, 2016, this Court entered an Order on Attorney Fees, (Dkt 51), and Plaintiff filed a Motion for Reconsideration of the Order the next day. (Dkt 52).

Plaintiff now demands immediate payment of fees and costs awarded in the Order, but he has also asked the Court to reconsider its Order.  It is Defendants' understanding that the Order is not final until the reconsideration motion is determined and a subsequent Order is entered.  Defendants intended to send payment upon entry of the subsequent Court Order.  However, as stated, Defendants wish to take the action that the Court believes is the best under the circumstances, and will abide by the Court's decision.

As such, Defendants request to know whether payment should be made now, before the Court has entered its final Order, or whether payment should be sent once the final order is entered; and will follow the Court's instructions in this regard.

DEFENDANTS' REQUEST FOR GUIDANCE - 1
15-cv-00574-JLR
5949214.doc

LEE · SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

|  |  |
|---|---|
| 1 | DATED this 3rd day of August, 2016. |
| 2 | For Defendants, |
| 3 | By:    s/ Marc Rosenberg |
| 4 | Marc Rosenberg<br>One of the Attorneys for Defendants |
| 5 | Nelson & Kennard, and<br>Livingston Financial, LLC |

Lee Smart, P.S., Inc.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101
mr@leesmart.com

John P. Ryan
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
312-704-3000
(f) 312-704-3001
jryan@hinshawlaw.com

DEFENDANTS' REQUEST FOR GUIDANCE - 2
15-cv-00574-JLR
5949214.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Jason Anderson        jason@alkc.net

Mr. John P. Ryan          jryan@hinshawlaw.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 3rd day of August, 2016 at Seattle, Washington.

For Defendants,

By:   s/ Marc Rosenberg
Marc Rosenberg
One of the Attorneys for Defendants
Nelson & Kennard, and
Livingston Financial, LLC

Lee Smart, P.S., Inc.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101
mr@leesmart.com

John P. Ryan
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
312-704-3000
(f) 312-704-3001
jryan@hinshawlaw.com

DEFENDANTS' REQUEST FOR GUIDANCE - 3
15-cv-00574-JLR
5949214.doc