UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. FULTON,<br><br>            Plaintiff,<br><br>    v.<br><br>LIVINGSTON FINANCIAL LLC, et al.,<br><br>            Defendants. | CASE NO. C15-0574JLR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the court on Plaintiff Richard J. Fulton's motion for reconsideration of the court's July 25, 2016, order. (Mot. (Dkt. # 52); *see* 7/25/16 Order (Dkt. # 51).) Mr. Fulton asks the court to reconsider its award of attorney's fees. (Mot. at 1.) Having considered the motion, the balance of the record, and the relevant law, the court DENIES Mr. Fulton's motion for reconsideration.

Pursuant to Local Rule LCR 7(h)(1), motions for reconsideration are disfavored, and the court ordinarily will deny such motions unless the moving party shows (a)

ORDER- 1

manifest error in the prior ruling, or (b) new facts or legal authority which could not been brought to the attention of the court earlier with reasonable diligence. Local Rules W.D. Wash. LCR 7(h)(1). Mr. Fulton fails to make any of these showings as to any of the assorted arguments he makes in his motion for reconsideration.[1]

The court notes the following only as examples of the flaws in Mr. Fulton's arguments. Mr. Fulton first argues that Plaintiff's counsel was awarded $350.00 per hour in state court "[l]ess than two weeks ago," whereas this court awarded only $300.00 per hour. (Mot. at 1.) But he fails to provide meaningful detail about that case or a satisfactory explanation why that order could not have been brought to the court's attention "earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1); (*see also* Mot. at 1; Anderson Decl. (Dkt. # 52-1) ¶ 2 ("I was out of the office in connection with a major family matter for much of the past two weeks, and I thus was not able to bring the above-mentioned fee award to this Court's attention until now. I apologize for any delay.").) Mr. Fulton also argues that he "cited several Western District cases in his fee petition which may not have been addressed by this Court." (Mot. at 3.) The court carefully considered the parties' briefs and the law cited therein before making its determination. (*See* 7/25/16 Order at 1-2.) In addition, Mr. Fulton provides a lengthy account of the settlement negotiations that in part led the court to reduce his fees; however, he fails to explain why he could not provide this information in conjunction with his reply brief on his motion for attorneys' fees. (Mot. at 5-6; *see* 7/25/16 Order at

---

[1] Tellingly, Mr. Fulton omits any reference to the Local Civil Rules and the standard they impose on a motion for reconsideration. (*See generally* Mot.)

ORDER- 2

5-6.) Again, this argument and evidence could have been brought to the court's attention "earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1).

In sum, none of the arguments that Mr. Fulton raises—neither the examples addressed above nor any of the other arguments in his seven-page motion for reconsideration—satisfy this District's standard on a motion for reconsideration. *See id.* Accordingly, the court DENIES Mr. Fulton's motion for reconsideration (Dkt. # 52).[2]

Dated this 4th day of August, 2016.

JAMES L. ROBART
United States District Judge

---

[2] This order renders moot Defendants' "request for court guidance" (Dkt. # 53), and the court accordingly DENIES that request.

ORDER- 3