Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICHARD J. FULTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIVINGSTON FINANCIAL, LLC, and<br>NELSON & KENNARD,<br><br>　　　　　Defendants. | No. 15-00574<br><br>ROBERT SHANNON AFFIDAVIT |

## AFFIDAVIT OF COMPLIANCE

I, Robert Shannon, being duly sworn, state as follows:

1. I am personally familiar with the matters set forth in this Affidavit and am competent to testify to the matters stated herein.

2. I am the Managing Partner of Hinshaw & Culbertson, LLP ("the Firm"). John P. Ryan has been a Partner at the Firm since 2013.

3. This Affidavit is respectfully submitted as proof of compliance with and satisfaction of the sanctions and conditions imposed by the Court.

4. By Order entered on April 5, 2016, the Court imposed sanctions on Mr. Ryan requiring that:

ROBERT SHANNON AFFIDAVIT

HINSHAW & CULBERTSON LLP
222 NORTH LASALLE STREET
SUITE 300
CHICAGO, IL 60601-1081
Main: 312-704-3000
Fax: 312-704-3001

131451199v1 2892

a. Mr. Ryan shall provide copies of Defendants' Reply on Motion to Compel or Exclude ("Reply Brief") (Dkt. #30) to the Firm's Chairman, Kevin J. Burke; the Firm's Executive Managing Director, Paul Boken; and myself; and

b. Defendants' counsel shall pay Plaintiff's counsel reasonable fees and costs incurred in opposing Defendants' Motion to Compel.

5. In satisfaction of the sanctions imposed, I have read: (1) the Court's orders of April 5, 2016 and July 25, 2016; and (2) the complete briefing on Defendants' Motion to Compel or Exclude (including the Reply Brief).

6. As a Firm, we hold ourselves to the highest standards of ethics and professional competence. I execute this affidavit to not only comply with the Order requiring its filing, but to also assure this Court that all aspects of this Court's purpose and objectives are understood and accepted.

7. With this affidavit, I respectfully request that the Court find that Mr. Ryan has satisfied this portion of the sanction that required my notification of this occurrence.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed this 4TH day of August, 2016 in Chicago, IL.

By: _____
Robert Shannon

SUBSCRIBED AND SWORN TO
before me this 4th day of August, 2016.

_____
Notary Public

ROBERT SHANNON AFFIDAVIT

OFFICIAL SEAL
STEVEN J CAREY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jun 9, 2020

HINSHAW & CULBERTSON LLP
222 NORTH LASALLE STREET
SUITE 300
CHICAGO, IL 60601-1081
Main: 312-704-3000
Fax: 312-704-3001

131451199v1 2892